# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DUVALLE BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>DWIGHT NEVIN, *et al.*,<br><br>    Defendants. | Case No. 2:09-CV-02004-KJD-VCF<br><br>**ORDER** |

Court mail has been returned from Ely State Prison, the location and address at which Plaintiff indicated he was incarcerated, with a notation reflecting that Plaintiff was "Not at ESP." As Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address,

IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice.

DATED this 16th day of November 2011.

_____
Kent J. Dawson
United States District Judge